# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| JACQUELINE STEVENS,<br> *Plaintiff-Appellee,*<br><br>v.<br><br>UNITED STATES IMMIGRATION AND<br>CUSTOMS ENFORCEMENT,<br> *Defendant-Appellant.* | No. 25-1126 |

## RESPONSE TO MOTION FOR EXTENSION OF TIME

Defendant-appellant United States Immigration and Customs Enforcement respectfully files this response to plaintiff-appellee's motion for an extension of time in which to file her appellee brief. The government has no objection to extending the deadline to June 23, 2025. *See* Mot. 1.

Respectfully submitted,

DANIEL TENNY

 /s/ Simon C. Brewer
SIMON C. BREWER
*Attorneys*
*Civil Division, Appellate Staff*
*U.S. Department of Justice*
*950 Pennsylvania Ave. NW, Room 7529*
*Washington, D.C. 20530*
*(202) 616-5367*

APRIL 2025

# CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this response to a motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Century Schoolbook 14-point, a proportionally spaced font with serifs, and the response complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 42 words, according to the word count of Microsoft Word.

                                              */s/ Simon C. Brewer*
                                              Simon C. Brewer

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2025, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ Simon C. Brewer*
Simon C. Brewer
