# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

April 22, 2025
*By the Court:*

| No. 25-1126 | JACQUELINE STEVENS, <br>       Plaintiff - Appellee <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, <br>       Defendant - Appellant |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:22-cv-05072 <br> Northern District of Illinois, Eastern Division <br> District Judge Matthew F. Kennelly | |

The following are before the court:

1. **APPELLEE MOTION FOR AN EXTENSION OF TIME**, filed on April 22, 2025, by counsel for the appellee.

2. **RESPONSE TO MOTION FOR EXTENSION OF TIME**, filed on April 22, 2025, by counsel for the appellant.

**IT IS ORDERED** that the motion is **GRANTED**. Briefing will proceed as follows:

1. The brief of the appellee is due by June 23, 2025.

2. The reply brief of the appellant, if any, is due by July 14, 2025.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. See Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**   (form ID: **178**)