No. 25-1126
_____

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT
_____


**Jacqueline Stevens**
Plaintiff-Appellee, *pro se*

v.

**Immigration and Customs Enforcement**,
Defendant-Appellant

_____
Appeal From The United States District Court
For the Northern District of Illinois
Case No. 1:22-cv-5072 (Matthew F. Kennelly, J.)
_____

**APPELLEE MOTION FOR AN EXTENSION OF TIME**
_____

On March 10, 2025, Defendant/Appellant Immigration and Customs and Enforcement ("ICE") appealed a final order by federal district court judge Matthew F. Kennelly that is part of an ongoing case Plaintiff/Appellee Jacqueline Stevens ("Stevens") brought against ICE and other federal agencies in order to obtain records agencies withheld from her in violation of 5 U.S.C. § 552(a), the Freedom of Information Act ("FOIA").[1]

On April 22, 2025, this court granted Stevens's motion for a 60-day extension, ordering a Response Brief deadline of June 23, 2025. 25-1126, Dkt 16.

Stevens, *pro se*, respectfully requests an additional extension of 45-days to file her appellee response brief, to August 7, 2025. The reasons for this request is that on May 3,

---

[1] Other defendants include Customs and Border Protection, the Executive Office of Immigration Review, and Health and Human Services. Case No. 1:22-cv-05072, Complaint, ECF. 1.

2025, Stevens was riding her bicycle and "doored."  She was taken to an emergency room and then to a hospital, where she had two surgeries.  She was not discharged to home care until Monday, June 2, 2025.  At that point she revisited her efforts to locate an attorney to represent her in this litigation.  Attorney Rima Kapitan ("Kapitan") was first available to speak with Stevens on Wednesday, June 11.  At that time, Kapitan, agreed to represent Stevens in this litigation, on the condition that this Court grant Stevens's an additional extension for filing her Response Brief.   If this Court grants this motion for an extension, Kapitan promptly will notice this Court and opposing parties of her representation of Stevens in this matter.

   There will be no prejudice to the opposing party if an extension is granted.

Respectfully submitted,

Jacqueline Stevens [e-sig]
JACQUELINE STEVENS
Plaintiff/Appellee, *Pro Se*

Jacqueline Stevens
Political Science Department
601 University Place
Northwestern University
Evanston, IL 60208
(847) 467-2093
jackiestevens@protonmail.com

# CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.
s/_*Jacqueline Stevens*


Jacqueline Stevens
Professor
Political Science Department
601 University Place
Northwestern University
Evanston, IL  60208
(847) 467-2093

jackiestevens@protonmail.com